UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

CENTER FOR AMERICAN DANCE, INC. and
JOFFREY BALLET CENTER FOR AMERICAN
DANCE, INC.,

                    Plaintiffs,

        - against -

CHRISTOPHER D'ADDARIO and GREAT
RIVER PROPERTIES, LLC,

                    Defendants.

————————————————————————————

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __9-30-20__

20-cv-7687 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    A telephone hearing to show cause is scheduled for **October 1, 2020**, at **2:30 p.m.** Dial-in 888-363-4749, access code 8140049.

SO ORDERED.

Dated:     New York, New York
           September 30, 2020

                                    John G. Koeltl
                                United States District Judge