# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CENTER FOR AMERICAN DANCE, INC.**, a New York Corporation; and **JOFFREY BALLET CENTER FOR AMERICAN DANCE, INC.** a New York Not-For-Profit Corporation,<br><br>Plaintiffs,<br><br>**CHRISTOPHER D'ADDARIO**, an individual; and **GREAT RIVER PROPERTIES, LLC**, a Colorado limited liability company;<br><br>Defendants | Civil Action No.1:20-cv-07687-JGK<br><br>**PROPOSED BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO CONVERT THE TEMPORARY RESTRAINING ORDER TO A PRELIMINARY INJUNCTION** |

In consideration of Plaintiffs' Motion to Convert the Temporary Restraining Order to a Preliminary Injunction filed with this Court, IT IS ORDERED:

1. That any responsive papers should be filed and served by the Defendants by October ~~12~~ 13 2020;

2. That any reply papers should be served and filed by October ~~12~~ 14, 2020 at 5:00 P.M.; at 2:30 P.M.

3. That Defendants show cause at a telephone conference on October 15, 2020, before Honorable John G. Koeltl, United States District Judge, 212-805-0222, or as soon thereafter as counsel may be heard, why the TRO should not be modified and converted into a Preliminary Injunction pursuant to Rule 65 of the Federal Rule of Civil Procedure.

*The plaintiff should serve a copy of these papers on the defendants by October 9, 2020, and file proof of service by October 13, 2020.*

DATED: 10/8/20

NEW YORK, NEW YORK

at 3:55 P.M.
October 8, 2020

John G. Koeltl
U.S.D.J.

1