UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CENTER FOR AMERICAN DANCE, et al,
                      Plaintiffs,

                                                                                                     20 civ 7687 (JGK)

     -against-

CHRISTOPHER D'ADDARIO, et al,
                      Defendants.
------------------------------------------------------------------X

## ORDER

     The plaintiffs, on December 29, 2020, filed a motion for entry of default judgment against the defendants. The plaintiffs filed proof of service of the motion on December 29, 2020. **The plaintiffs shall serve a copy of this order on the defendants, immediately upon receipt.**

     The defendants shall respond to the motion by **February 12, 2021.** The plaintiffs shall file a reply to the response by **February 19, 2021.**

     **The defendants are advised that failure to respond to the motion may be grounds for a default judgment being entered against them, in which event the defendants will have no trial.**

     The plaintiff shall file proof of service of this order by **February 12, 2021.**

**SO ORDERED.**

                                                                        s/John G. Koeltl
                                                                     **JOHN G. KOELTL**
                                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         February 1, 2021