```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────
CENTER FOR AMERICAN DANCE, INC. and
JOFFREY BALLET CENTER FOR AMERICAN
DANCE, INC.,                                    20-cv-7687 (JGK)

                    Plaintiffs,                 ORDER

         - against -

CHRISTOPHER D'ADDARIO and GREAT
RIVER PROPERTIES, LLC,

                    Defendants.
────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

On November 23, 2020, the Clerk of the Court issued a Certificate of Default as to the defendants, Christopher D'Addario and Great River Properties, LLC. By Order issued on February 2, 2021, the Court ordered the defendant to show cause by February 12, 2021, why an order for an entry of default judgment should not be issued. The plaintiff served the defendant with the Order and filed proof of service on February 11, 2021. Because the defendant has failed to respond by the due date, the plaintiff is entitled to a default judgment as to defendants Christopher D'Addario and Great River Properties, LLC. The case is referred to the Magistrate Judge for an inquest with respect to the nature of the judgment to be entered.

**SO ORDERED.**

Dated:    New York, New York
          February 22, 2021

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                               United States District Judge