UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

CENTER FOR AMERICAN DANCE, INC., ET AL.,

          Plaintiffs,

- against -

CHRISTOPHER D'ADDARIO, ET AL.,

          Defendants.
---

20-cv-7687 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court received the attached Notice of Cancellation in the mail.

SO ORDERED.

Dated:    New York, New York
          November 19, 2021

                                      John G. Koeltl
                             United States District Judge

**Colonial Surety Company**
123 Tice Boulevard  Suite 250
Woodcliff Lake, NJ  07677
(800) 221-3662

Date:  November 03, 2021          **NOTICE OF CANCELLATION**

TO: OWNER / OBLIGEE

US District Court
500 Pearl Street
New York, NY  10007

| | |
|---|---|
| PRINCIPAL: | Frank L Merwin |
| | 512 Lacebark Drive  Athens, GA 30605 |
| BOND NO.: | 301489C |
| TYPE OF BOND: | TRO / Injunction |
| EFFECTIVE DATE: | 9/23/2020 12:1 |
| BOND AMOUNT: | $5,000.00 |

REASON FOR CANCELLATION:   Non-Payment of Premium

Attention:

You are hereby notified that COLONIAL SURETY COMPANY elects to cancel the bond captioned above in its entirety, in accordance with the terms of said bond.

This cancellation is to take effect:   September 22, 2021

Very truly yours,

COLONIAL SURETY COMPANY

BY: *[signature]*

Attorney-in-Fact



Colonial Surety Company
123 Tice Blvd. Suite 250
Woodcliff Lake, NJ 07677

800.221.3662
info@colonialsurety.com





DV DANIELS NJ 070

4 NOV 2021 PM 3 L

Cashier's Office

10007-131608